IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMANUEL F. STOCKER and<br>LEONETTE STOCKER | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| GREEN, TWEED & CO., INC. | : | NO. 18-4503 |

## ORDER

**AND NOW**, this 2nd day of December, 2020, upon consideration of Defendant's Motion for Reconsideration (Docket No. 44) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.